DOYAL *et al. v.* KISER & COMPANY.

No. 10840.  MARCH 14, 1936.  REHEARING DENIED MARCH 28, 1936.

*M. J. Yeomans, attorney-general, B. D. Murphy* and *J. T. Goree, assistant attorneys-general,* for plaintiffs in error.

*D. J. Gantt* and *Ernest Watts,* contra.

HOYT *v.* STURDIVANT, chief of police.

No. 10914.  MARCH 14, 1936.

*Reuben A. Garland,* for plaintiff.

*Alston, Alston, Foster & Moise,* as amici curiæ.

*J. C. Savage, C. S. Winn, Bond Almand,* and *John A. Boykin, solicitor-general,* for defendant.

PROCTOR *et al. v.* REDFERN *et al.*